COMPLAINT
(for filers who are prisoners without lawyers)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

(Full name of Plaintiff(s)) Luis. A Curet
V. (Full name of defendant(s)) Waukesha County Circuit Court state of Wisconsin
Case Number

To be supplied by clerk of Court

A. PARTIES 1. Plaintiff is a citizen of Wisconsin, and is located at Greenbay state Correctional Institution Po box 19033 Greenbay WI, 54703
(Address of prison or jail) (If more than one plaintiff is filing, use another piece of paper.) 2. Defendant Waukesha County Circuit courthouse state of Wisconsin. is (If a person or private corporation) (Name) a citizen of Waukesha Wisconsin
Complaint-1 and (If a person) resides at Wisconsin (state, if known)
(Address, if known) and (If the defendant harmed you while doing the defendant's Job worked for Waukesha County Circuit Courthouse state of Wisconsin (Employer's name and address, if known) (If you need to list more defendants use another piece of paper.) B. STATE OF CLAIM on the space provided on the following pages, tell

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened and
5. Why they did it, if you know.

On 12-15-17 I made a speedy trial demand and my 1st trial date was set for 4-17-18. Which got postponed due to ineffective counsel raising a issue of competence despite my legal objection. He helped the state stall for time by doing that he was very ineffective in my case. Mr. Michael Averrilli withdrew from my case due to a conflict of interest, leaving me to settle with a public defender which also pushed my trial date back again despite me waiting pass 90 and even 120 days. I didnt go to trial until 10-23-18 I dont know why I was misrepresented by counsel. I made pro-se a motion seeking relief which got denied in the Circuit Court. My 14th and sixth amendments was violated when I did not get a signature bond or my case dismissed. R+c Complaint=3 Complaint-4 C. JURISDICTION ☑ I am suing for a violation of federal law under 28 U.S.C § 1331 or ☐ I am

Suing under state law. The state citizenship of the plaintiff(s) is care/different from the state citizenship of every defendant, and and the amount of money at stake in this care (not counting interest and costs) is $____

D. RELIEF WANTED Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling the defendant's to do something or to stop doing something. I would like a order telling the defendant's to dismiss my case and release me from custody, or give me $150,000 for violating my rights to due process under the 14th and 6th amendment to have a fair speedy trial within 90 days. Complaint-4 E JURY DEMAND I want a jury to hear my case. ☑ yes ☐ - No I declare under penalty of perjury that the forgoing is true and correct. Complaint signed this 16th day of March 2020

Respectfully Submitted, L ct
Signature of Plaintiff  643723
Plaintiff's Prisoner ID number Green

bay Correctional Institution PO box 19033 Green bay WI, 54703
(Mailing Address of Plaintiff) (If more than one plaintiff, use another piece of paper.) REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PRE PAYING THE FULL FILING FEE
☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee Form and have attached it to the complaint. ☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C §1915, and I have included the full filing fee with this complaint

Complaint - 5 UNITED STATES DISTRICT COURT OF WISCONSIN
Lws A curet
Full name of plaintiff(s) V. Waullesha County Courthouse State of Wisconsin
Full name of defendant(s)